JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY DEON JIMERSON, | Case No.: CV 12-8175 DSF (JEMx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| P&B CAPITAL GROUP LLC, et al., | |
| Defendants. | |

The Court having been unable to determine whether pro se plaintiff was personally present,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed for lack of prosecution and failure to comply with Court orders, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: 3/20/13

Dale S. Fischer
United States District Judge